UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

LANDEL ELLIS,

                             Plaintiff,

-against-

P.O. DEREK HARRIS, LIEUTENANT ROBERT MORABITO,
AND POLICE OFFICER NASH,

                            Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

15-CV-2228 (SLT) (CLP)

------------------------------------------------------------------x

**WHEREAS**, plaintiff filed a Complaint with this Court on April 20, 2015 in the above-captioned action alleging claims arising under federal and state law based upon events that plaintiff alleges occurred on July 8, 2014;

**WHEREAS**, plaintiff subsequently filed an Amended Complaint on August 24, 2015;

**WHEREAS**, plaintiff filed a Second Amended Complaint on August 10, 2017;

**WHEREAS**, plaintiff now agrees to voluntarily withdraw all claims advanced in the Second Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

**IT IS HEREBY STIPULATED AND ORDERED**, by and between the undersigned attorneys and the Court that plaintiff's claims are hereby dismissed with prejudice;

**IT IS FURTHER STIPULATED AND ORDERED**, by and between the undersigned attorneys and the Court that this dismissal shall be without any expenses, fees, or costs to any party.

Dated:  New York, New York
        January 12, 2018

Law Office Of Philip Akakwam
*Attorney for Plaintiff*
303 Livingston Street, 2nd Floor
Brooklyn, NY 11217
(718) 858-2488

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants City, Harris, Nash,*
*  and Morabito*
100 Church Street, 3-189
New York, New York 10007
(212) 356-2425

By:

PHILIP AKAKWAM   01/22/18

By:

MELANIE SPEIGHT
*Senior Counsel*

SO ORDERED

Dated: _____

_____
HON. SANDRA L. TOWNES
UNITED STATES DISTRICT COURT JUDGE